UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORDER ESTABLISHING TRAILING TRIAL DOCKET
FOR THE PERIOD OF:
SEPTEMBER 12, 2023 – OCTOBER 6, 2023
BEFORE THE HONORABLE TERRENCE G. BERG**

Listed below are the cases on this Court's trial docket for the period of September 12, 2023 through October 6, 2023. Counsel should be prepared to begin trial any time on **48 hours' notice** during this date range. It is counsel's responsibility in all cases after they have been so notified to contact my Case Manager, Amanda Chubb, at (313) 234-2640, to ascertain the status of the trial docket. Unless otherwise notified, this Court conducts trial 9:00 a.m. – 3:00 p.m..

1. 18-11366   Massengale v. State Farm Mutual Automobile Insurance Company
2. 19-10779   Biles v. Bessner
3. 19-12616   Service First Logistics, Inc. v. A-One Pallet, Inc. et al
4. 20-11499   Davis v. Walleman et al
5. 20-12771   Collins v. Lowe's Home Centers, LLC

DATED this 22nd day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge