UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNESE MASSENGALE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | 2:18-CV-11366-TGB<br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE<br>TERRENCE G. BERG |

The Court held a settlement conference in this matter on August 2, 2023. Parties reached a resolution and the terms of the settlement were placed on the record. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

                                                BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                United States District Judge

Dated: August 3, 2023